■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH HAROLD, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 5, 1975, unanimously affirmed, and the application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Birns, J. P., Evans, Fein, Lane and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRESA EDWARDS, Appellant.—Judgment, Supreme Court, New York County, rendered on September 30, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Lupiano, J. P., Birns, Evans and Sandler, JJ.

■ GUNNAR NILLSSEN et al., Appellants-Respondents, v NEW YORK HOSPITAL, Respondent-Appellant.—Order, Supreme Court, Bronx County, entered on November 21, 1977, so far as appealed from, unanimously affirmed for the reasons stated by Fusco, J., at Trial Term, without costs and without disbursements. Concur—Lupiano, J. P., Birns, Evans and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LAW, Also Known as OSCAR BROOKS, Defendant-Appellant.—Judgment, Supreme Court, New York County, rendered on July 23, 1974, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Lupiano, J. P., Silverman, Evans, Lane and Sandler, JJ.

■ In the Matter of CHARLES J. HYNES, as Deputy Attorney-General of the State of New York, Respondent, v CHARLES E. SIGETY, Doing Business as FLORENCE NIGHTINGALE NURSING HOME, Appellant.—Motion for leave to appeal to the Court of Appeals and for a continuation or reinstatement of stay denied in all respects with $20 costs. Nothing but an issue of fact is involved. (See *Schieffelin v Hylan,* 229 NY 633.) The stay, dated February 27, 1978, affixed to the notice of motion, is vacated. Concur—Kupferman, J. P., Silverman, Lane and Markewich, JJ.